HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN GERSON, NY Bar #5505144
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
CHRISTOPHER J. BRUCH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>CHRISTOPHER J. BRUCH,<br><br>*Defendant.* | Case No.  6:20-po-00422 JDP<br><br>**STIPULATION TO ADJUST CITATIONS** |

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Christopher Bruch, hereby stipulate and jointly move this court to amend Mr. Bruch's citations and convert to bailable citations with a fine to be paid.

On August 5, 2020 Mr. Bruch appeared before the honorable Jeremy Peterson for an initial appearance on CVB citations 4706542 and 4706543.  All warrants and abstracts related to those citations were recalled on that date.  Mr. Bruch's initial appearance was continued to October 6, 2020.  The parties now move the court to dismiss citation 4706543 (failure to provide proof of financial responsibility), and convert citation 4706542 (possession of a controlled substance) to a bailable citation.  The parties further move the court to reduce the fine on citation 4706542 to $250.00 and $30.00 in processing fees and allow Mr. Bruch an additional 90 days to pay.

|   |   |
|---|---|
|   | McGREGOR SCOTT |
|   | United States Attorney |

Dated:  August 26, 2020            */s/ Sean Anderson*
                                   SEAN ANDERSON
                                   Acting Legal Officer
                                   National Park Service
                                   Yosemite National Park


Dated:  August 26, 2020            HEATHER E. WILLIAMS
                                   Federal Defender


                                   */s/  Benjamin A. Gerson*
                                   BENJAMIN A. GERSON
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   CHRISTOPHER J. BRUCH

**ORDER**

The citations in case number 6:20-PO-00422-JDP is hereby amended as follows:

Citation 4706543 is dismissed.

Citation 4706542 is converted to a bailable citation.

Total payment of fines and fees: $280.00 ($250.00 + $30.00 fees)

Payment to be received 90 days from the date of this order.

IT IS SO ORDERED.

Dated:  August 26, 2020

UNITED STATES MAGISTRATE JUDGE